UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 90-00768-CR-SEITZ

UNITED STATES OF AMERICA

vs.

JAMES ROBERT RICE
_____/

### ORDER DENYING DEFENDANT'S *PRO SE* RULE 12(b)(2) JURISDICTIONAL INDICTMENT OBJECTION

THIS matter is before the Court on Defendant James Robert Rice's *pro se* Rule 12(b)(2) Jurisdictional Indictment Objection [DE-321] and the Government's response [DE-328]. By prior Court order [DE-322] the Court has noted that Defendant has filed several successive motions that the Court has deemed successive § 2255 petitions. The Court deems the current motion another § 2255 petition, making it Defendant's fifth such petition. As such, Defendant must obtain an order from the Appellate Court authorizing this Court to consider the motion. *See* 28 U.S.C. §§ 2244(b)(3)(a), 2255(h). Defendant has failed to obtain such an order. Even if the Court were to consider the merits of Defendant's motion, the Court would find the motion without merit for the reasons set out in the Government's response to the motion.

Accordingly, it is hereby ORDERED that

(1) Defendant James Robert Rice's *pro se* Rule 12(b)(2) Jurisdictional Indictment Objection [DE-321] is DENIED and

(2) all other pending motions are DENIED AS MOOT.

DONE AND ORDERED in Miami, Florida, this 21st day of August, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

copies to:
Counsel of record
James Robert Rice, *pro se*